IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY THOMAS                                                    PLAINTIFF

v.                           No. 5:18-cv-261-DPM

ARKANSAS DEPARTMENT OF
CORRECTION                                                     DEFENDANT

## ORDER

Thomas's gender-based claim for equal pay is timely, administratively exhausted, and plausible. It survives. Her claim exists under Title VII and the Equal Pay Act. Thomas has not responded to ADC's arguments why all her other claims fail for one reason or another. The Court agrees with ADC that each has a fatal defect. All Thomas's other claims are therefore dismissed without prejudice. Motion, № 3, partly granted and partly denied.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

17 January 2019