IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY THOMAS                                                               PLAINTIFF

v.                              No. 5:18-cv-261-DPM

ARKANSAS DEPARTMENT OF
CORRECTION                                                                DEFENDANT

## JUDGMENT

Thomas's Equal Pay Act claim, and Title VII wage-discrimination claim are dismissed with prejudice. All her other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 July 2020